IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Carnetha Neely

Plaintiff(s),

v.

Kilolo Kijakazi,

Defendant(s),

Case No. 23cv1769
Judge M. David Weisman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

  which ☐ includes      pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of plaintiff Carnetha Neely and against defendant Kilolo Kijakazi. By agreed order, the Court reverses the SSA's decision and remands this case for further proceedings.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge M. David Weisman on a motion for remand.

Date: 1/16/2024                         Thomas G. Bruton, Clerk of Court

                                        A. Owens, Deputy Clerk